| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | 1. REQUISITION NUMB. Anesthesia Services - ANC | | PAGE 1 of 39 |
|---|---|---|---|

| 2. CONTRACT NO. V463P- 0323 | 3. AWARD/EFFECTIVE DATE 4/01/05 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER RFP 463-0068-05 | 6. SOLICITATION ISSUE DATE 1/26/05 |
|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Sandra S. Magers, Contracting Officer | b. TELEPHONE NUMBER (No Collect Calls) (907) 257-6945 | 8. OFFER DUE DATE/LOCAL TIME 2/24/05  4:00 pm AST |
|---|---|---|---|

| 9. ISSUED BY | CODE V463P/90C | 10. THIS ACQUISITION IS Title USC 38-8153 | 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED | 12. DISCOUNT TERMS |
|---|---|---|---|---|
| Alaska VA Healthcare System & Regional Office AMMS Contracting Officer (90C) 2925 DeBarr Rd. Anchorage, AK  99508 | | ☐ UNRESTRICTED ☒ SET ASIDE % FOR ☒ SMALL BUSINESS ☐ SMALL DISADV. BUSINESS ☐ 8 (A) NAICS: **621111** SIZE STANDARD: $10.0M | ☐ SEE SCHEDULE N/A ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) 13B. RATING  N/A 14. METHOD OF SOLICITATION ☐ RFQ      ☐ IFB      ☒ RFP | |

| 15. DELIVER TO | CODE 463/90C | 16. ADMINISTERED BY Same as Block 9. | CODE 463/90C |
|---|---|---|---|

| 17A. CONTRACTOR/ OFFEROR   CODE       FACILITY CODE Anesthesia West 2351 Earl Drive Wasilla, AK  99654 TELEPHONE NO    907 376-9596 ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18A. PAYMENT WILL BE MADE BY    CODE 463/04 Alaska VA Healthcare System and Regional Office, Fiscal Service (04) 2925 DeBarr Rd. Anchorage, AK  99508 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED    ☐ SEE ADDENDUM |
|---|---|

| 19 ITEM NO. | 20 SCHEDULE OF SUPPLIES/SERVICE | 21 QUANTITY | 22 UNIT | 23 UNIT PRICE | 24 AMOUNT |
|---|---|---|---|---|---|
| | **Nurse Anesthetist Services** **Submit Pricing on Pages 2-7 to 2-8** *(ATTACH ADDITIONAL SHEETS AS NECESSARY)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AMOUNT AWARD (FOR GOVT. USE ONLY) |
|---|---|

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52 212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4, FAR 52.212-5 IS ATTACHED.  ADDENDA ☐ ARE ☐ ARE NOT ATTACHED.

| 28 CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN   1   COPIES TO ISSUING OFFICE  CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET ☒ FORTH OR OTHER WISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. | 29 AWARD OF CONTRACT; REFERENCE                OFFER YOUR OFFER ON SOLICITATION (BLOCK DATED _____ ☐ 5). INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31A. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)    30c. DATE SIGNED | 31B. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) SANDRA S. MAGERS , Contracting Officer | 31c. DATE SIGNED 3/30/05 |

| 32a. QUANTITY IN COLUMN 21 HAS BEEN | 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|---|
| ☐ RECEIVED   ☐ INSPECTED ☐ ACCEPTED AS CONFORMS TO THE CONTRACT, EXCEPT AS NOTED | ☐ PARTIAL   ☐ FINAL | | |
| 32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE    32C. DATE | 36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL | | 37. CHECK NUMBER |
| | 38. S/R ACCOUNT NUMBER | 39 S/R VOUCHER NUMBER | 40. PAID BY |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (PRINT) |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER    41c. DATE | 42b. RECEIVED AT (LOCATION) |
| | 42c. DATE REC'D (YY/MM/DD)   42d. TOTAL CONTAINERS |

| AUTHORIZED FOR LOCAL REPRODUCTION | STANDARD FORM 1449   (10-95) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

VA 002997

EXHIBIT 2 6/13/12 Bowler

PERIGAD 800-631-6989

**Exhibit B 1 of 38**

| Table of Contents | Page |
|---|---|
| **CONTINUATION BLOCK** | **2-3** |
| 2.1 CONTRACT ADMINISTRATION DATA | 2-3 |
| 2.2 SPECIAL CONTRACT REQUIREMENTS | 2-4 |
| 2.3 SECTION B – SUPPLIES OR SERVICES AND PRICES/COSTS | 2-6 |
| 2.4 PRICING SCHEDULE | 2-7 |
| **CONTRACT CLAUSES** | **3-1** |
| 3.1 52.212-4 CONTRACT TERMS AND CONDITIONS--COMMERCIAL ITEMS (OCT 2003) | 3-1 |
| 3.2 52.252-2 CLAUSES INCORPORATED BY REFERENCE  (FEB 1998) | 3- 3 |
| 3.3 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JAN  2005) | 3-4 |
| 3.4 52.216-1 TYPE OF CONTRACT  (APR 1984) | 3- 6 |
| 3.5 52.216-18 ORDERING  (OCT 1995) | 3-6 |
| 3.6 52.216-19 ORDER LIMITATIONS  (OCT 1995) | 3-6 |
| 3.7 52.216-21 REQUIREMENTS  (OCT 1995) | 3-7 |
| 3.8 52.217-8 OPTION TO EXTEND SERVICES  (NOV 1999) | 3-8 |
| 3.9 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) | 3-8 |
| 3.10 52.224-2 PRIVACY ACT  (APR 1984) | 3-8 |
| 3.11 VAAR 852.216-70(B) ESTIMATED QUANTITIES (APR 1984) | 3-9 |
| 3.12 VAAR 852.270-1 REPRESENTATIVES OF CONTRACTING OFFICERS  (APR 1984) | 3-9 |
| 3.13 VAAR 852.270-4 COMMERCIAL ADVERTISING (NOV 1984) | 3-9 |
| **CONTRACT DOCUMENTS, EXHIBITS, OR ATTACHMENTS** | **4-** |
| **SOLICITATION PROVISIONS** | **5-** |
| 5.1 52.212-1 INSTRUCTIONS TO OFFERORS--COMMERCIAL ITEMS (JAN 2005) | 5-1 |
| 5.2 52.233-2 SERVICE OF PROTEST  (AUG 1996) | 5-1 |
| 5.3 VAAR 852.233-70 PROTEST CONTENT (JAN 1998) | 5-1 |
| 54 VAAR 852.233-71 ALTERNATE PROTEST PROCEDURE (JAN 1998) | 5-1 |
| 5.5 52.212-2 EVALUATION--COMMERCIAL ITEMS (JAN 1999) | 5- 4 |
| 5.6 52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS-- COMMERCIAL ITEMS (JAN 2005)  ALTERNATE III (OCT 2000 | 5-6 |

**CONTINUATION BLOCK**

## 2.1 CONTRACT ADMINISTRATION DATA

(continuation from Standard Form 1449, block 18A.)

1. Contract Administration: All contract administration matters will be handled by the following individuals:

a. CONTRACTOR: *Anesthesia West (Susan Foley, CRNA) Brenda Bowler (CRNA)*

b. GOVERNMENT: Contracting Officer  (90C)    Alaska Healthcare System & Regional Off.
Contracting Officer, A&MMS (90C)
2925 DeBarr Road
Anchorage AK  99508

2. CONTRACTOR REMITTANCE ADDRESS: All payments by the Government to the contractor should be mailed to the following address: *2351 Earl Drive Wasilla, AK 99654*

3. INVOICES: Invoices shall be submitted in arrears:

a. Quarterly          [ ]

b. Semi-Annually   [ ]

c. Other               [ X ]  Monthly, in arrears.

4. GOVERNMENT INVOICE ADDRESS: All invoices from the contractor shall be mailed to the following address:

Alaska Healthcare System & Regional Office.   Fiscal Officer, Fiscal Service (04)
2925 DeBarr Road
Anchorage AK  99508

**NOTE: Public Law (P.L.) 105-339, Section 1354 was enacted on October 31, 1998. It provides that no Federal Agency may obligate or expend appropriated funds to enter into a contract with a contractor subject to filing a VETS-100 report for the preceding year under Title 38, Section 4212(d). See Attachments, page 38.**

OFFERORS MUST COMPLETE AND RETURN ALL INFORMATION DESIGNATED IN 52.212-1, INSTRUCTIONS TO OFFERORS - COMMERCIAL ITEMS, PARAGRAPH b, PRIOR TO THE TIME SPECIFIED IN BLOCK 8 OF SF 1449 IN ORDER TO BE CONSIDERED FOR AWARD.

ACKNOWLEDGMENT OF AMENDMENTS: The offeror acknowledges receipt of amendments to the Solicitation numbered and dated as follows:

AMENDMENT NO                          DATE

_____                    _____

_____                    _____

_____                    _____

VA 002999

Sealed offers for furnishing the supplies or services in the Schedule will be received at the address specified in Block 9 of SF 1449, or if handcarried, to the address shown in block 15, until the date and time specified in Block 8. CAUTION - LATE Submissions, Modifications, and Withdrawals: See provision 52.212-1. All offers are subject to all terms and conditions of this solicitation.

## 2.2  SPECIAL CONTRACT REQUIREMENTS

Under the authority of Public Law 104-262 and 38 USC 8153, the contractor agrees to provide Health Care Resources in accordance with the terms and conditions stated herein, to furnish to and at the Alaska Healthcare System & Regional Office (VA), the services and prices specified in the Section entitled Schedule of Supplies/Services of this contract.

1.  SERVICES:

a.  The services specified in the Sections entitled Schedule of Supplies/Services and Special Contract Requirements may be changed by written modification to this contract. The modification will be prepared by the VA Contracting Officer.

b.  Other necessary personnel for the operation of the services contracted for at the VA will be provided by the VA at levels mutually agreed upon which are compatible with the safety of the patient and personnel and with quality medical care programming.

c.  The services to be performed by the contractor will be performed in accordance with VA policies and procedures and the regulations of the medical staff by laws of the VA facility.

d.  The services to be performed by the contractor will be under the direction of the Chief of Staff, and the Chief, of Staff, Assistant.

2.  TERM OF CONTRACT:

This contract is effective one year from date of award plus 4 one-year options that may be exercised by the VA. The contract is subject to the availability of funds after September 30, each year until the contracting officer authorizes such services in writing.

3.  QUALIFICATIONS:

Personnel assigned by the Contractor to perform the services covered by this contract shall be licensed in a State, Territory, or Commonwealth of the United States or the District of Columbia. All licenses held by the personnel working on this contract shall be full and unrestricted licenses. The qualifications of such personnel shall also be subject to review by the VA Chief of Staff and approval by the VA Facility Director. Each person assigned to work under this contract shall be licensed by American Association of Anesthesiologists.

4.  WORK HOURS:

a.  The services covered by this contract shall be furnished by the contractor as defined herein. The contractor will not be required, except in case of emergency, to furnish such services during off-duty hours as described below.

b.  The following terms have the following meanings:

(1)  Work hours: Monday through Friday, 8:00 a.m. - 4:30 p.m.

**VA 003000**

(2) National Holidays: The 10 holidays observed by the Federal Government are:

| | |
|---|---|
| New Years Day | Labor Day |
| Martin Luther Kings Birthday | Columbus Day |
| Presidents Day | Veterans Day |
| Memorial Day | Thanksgiving Day |
| Independence Day | Christmas Day   AND |

any other day specifically declared by the President of the United States to be a national holiday.

(3) Off-Duty hours: Friday through Monday, 4:30 p.m. - 8:00 a.m.

5. PERSONNEL POLICY:

The contractor shall be responsible for protecting the personnel furnishing services under this contract. To carry out this responsibility, the contractor shall provide the following for these personnel:

- workers compensation
- professional liability insurance
- health examinations
- income tax withholding, and
- social security payments.
  malpractice insurance

The parties agree that the contractor, its employees, agents and subcontractors shall not be considered VA employees for any purpose.

6. DUNS #:    18 - 528 - 2261

Please provide the Dun and Bradstreet Number assigned to your firm in the space below:

18 - 528 - 2261

7. CONTRACT PERFORMANCE MONITORING:

Monitoring of contractors time shall be demonstrated through sign-in/ sign-out sheets. The contractor shall be required to sign an attendance log upon reporting to work and departing from work. After contract award, any incidents of contractor noncompliance as evidenced by the monitoring procedures shall be forwarded immediately to the Contracting Officer.

8. KEY PERSONNEL AND TEMPORARY EMERGENCY SUBSTITUTIONS:

The Contractor shall assign to this contract the following key personnel:

During the first ninety (90) days of performance, the Contractor shall make NO substitutions of key personnel unless the substitution is necessitated by illness, death, or termination of employment. The Contractor shall notify the Contracting Officer, in writing, within 15 calendar days after the occurrence of any of these events and provide the information required by paragraph (c) below. After the initial 90-day period of the contract, the Contractor shall submit the information required by paragraph (c) to the Contracting Officer at least 15 days prior to making any permanent substitutions.

The Contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer.

**VA 003001**

Proposed substitutes shall have comparable qualifications to those of the persons being replaced. The Contracting Officer will notify the Contractor within 15 calendar days after receipt of all required information of the decision on the proposed substitutes. The contract will be modified to reflect any approved changes of key personnel.

For temporary substitutions where the key person will not be reporting to work for three (3) consecutive work days or more, the Contractor will provide a qualified replacement for the key person. This substitute shall have comparable qualifications to the key person. Any period exceeding two weeks will require the procedure as stated above.

## 2.3  SECTION B -SUPPLIES OR SERVICES AND PRICES/COSTS

1.  SUPPLIES AND SERVICES

Board Certified Anesthesiologist or Certified Registered Nurse Anesthetist (CRNA) services to be performed in the ambulatory surgery department of the Alaska VA Healthcare System & Regional Office Outpatient Clinic (VA), Anchorage, Alaska.

2.  REQUIREMENTS

The Contractor shall provide Anesthesiologist or CRNA services at the VA, not to exceed 1 full-time equivalent (FTE) on an as needed basis as defined by the ambulatory surgery department schedule. FTE is defined as 2,080 hours per year. Contractor staff performing services under this agreement are required to be credentialed and privileged per the AVAHSRO medical staff bylaws and are required to actively participate in AVAHSRO organizational performance improvement processes.

3.  EFFECTIVE CONTRACT PERIOD

The contract period of performance shall begin on April 1, 2005, and shall remain in effect for a period of one (1) year, with four (4) option years, which may be exercised at the option of the Government in accordance with Clause 52.217-9, Option to Extend the Term of the Contract. The contract is subject to the availability of VA funds. No service shall be performed by the Contractor after September 30th of any year, unless authorized by the VA Contracting Officer in writing.

4.  PRICES / COSTS / BID SCHEDULE

A. The Contractor shall submit a single comprehensive bid encompassing all services provided under the contract. Pricing shall be on a per-annum basis. Reimbursement will consist of payments made monthly in arrears. Contractor must be present at VA and be actually performing the required services for the period specified in the contract, or the contract cost will be decreased accordingly during each billing cycle. The decrease will be equal to the total cost divided by 2,080 hours times the number of hours the Contractor failed to provide the required services. Bidders shall submit pricing sheets for the base year and each option year.

B. Failure to provide a fee schedule for the base and option years will result in the bid being determined as non-responsive and therefore will not be considered for award.

5. BASIS FOR AWARD:

The resultant contract is non-exclusive and shall not prohibit VA or Contractor from entering into arrangements with other health care providers or purchasers of health care services. The Government reserves the right to make multiple awards.

## 2.4 . PRICING SCHEDULE

FOR VA: The Contractor shall provide an hourly rate for each of the requested number of hours listed below.

The volumes listed in this solicitation are estimates based on historical volumes.

Estimated Volume VA:
Based on FY 2003 data, there were 2,080 hours worked.

BASE YEAR:   **APRIL 1, 2005 THROUGH MARCH 31, 2006:**

| NUMBER OF HOURS | HOURLY RATE | ANNUAL RATE |
|---|---|---|
| 0 to 1040 Hours   *9 - 8 days* | *monthly*  $ 12,600 | $ 151,200    *A per* |
| 1041 to 1560 Hours | $_____ | $_____ |
| 1561 to 2080 Hours | $_____ | $_____ |

OPTION YEAR 1:   **APRIL 1, 2006 THROUGH MARCH 31, 2007:**

| NUMBER OF HOURS | HOURLY RATE | ANNUAL RATE |
|---|---|---|
| 0-to-1040-Hours   *0 - 8 days* | *monthly*  $ 12,600 | $ 151,200    *A 30* |
| 1041 to 1560 Hours | $_____ | $_____ |
| 1561 to 2080 Hours | $_____ | $_____ |

OPTION YEAR 2:   **APRIL 1, 2007 THROUGH MARCH 31, 2008:**

| NUMBER OF HOURS | HOURLY RATE | ANNUAL RATE |
|---|---|---|
| 0 to 1040 Hours | $ n/a | $_____ |
| 1041 to 1560 Hours | $_____ | $_____ |
| 1561 to 2080 Hours | $_____ | $_____ |

VA 003003

## OPTION YEAR 3: **APRIL 1, 2008 THROUGH MARCH 31, 2009:**

| NUMBER OF HOURS | HOURLY RATE | ANNUAL RATE |
|---|---|---|
| 0 to 1040 Hours | $ N/A | $ |
| 1041 to 1560 Hours | $ | $ |
| 1561 to 2080 Hours | $ | $ |

## OPTION YEAR 4: **APRIL 1, 2009 THROUGH MARCH 31, 2010:**

| NUMBER OF HOURS | HOURLY RATE | ANNUAL RATE |
|---|---|---|
| 0 to 1040 Hours | $ N/A | $ |
| 1041 to 1560 Hours | $ | $ |
| 1561 to 2080 Hours | $ | $ |

## 2.5 STATEMENT OF WORK

1. OBJECTIVE:

The Contractor shall be responsible for consultations, preoperative, intraoperative, and postoperative care of the patient undergoing surgical and invasive procedures requiring the use of general, major regional, or monitored anesthesia care.

The Contractor shall provide the services of a one full-time equivalent Board Certified Anesthesiologist or CRNA as directed by the Chief, Surgical Service, or their designee. Tasks performed by the anesthesiologist or CRNA will include but will not be limited to:

   a) Administration of anesthetic agents.
   b) Medical management of patients rendered unconscious and/or insensible to pain and emotional stress during surgical or other medical procedures, including preoperative, intraoperative, and postoperative evaluation and treatment.
   c) Protection of life functions and vital organs under the stress of anesthetic, surgical, or other medical procedures.
   d) Management of cardiopulmonary resuscitation.
   e) Management of problems in pulmonary care.
   f) Management of pain relief.
   g) Management of anesthesia related patient emergencies such as malignant hyperthermia.

2. REQUIREMENTS:

   A. The Contractor shall perform services under this agreement within the VA regulations, policies, and procedures and the Bylaws of the Medical Staff.

   B. The Contractor is responsible for utilizing the Computerized Patient Record System (CPRS) within the Veterans Information Systems and Technology Architecture (VISTA) to the extent that CPRS has been implemented at the VA. Contractor will attend CPRS training prior to providing any patient care services under this agreement. The Contractor will document patient care in CPRS to comply with all VA, CMS, and JCAHO requirements.

   C. The Contractor shall ensure that employees performing work under this agreement have met Occupational Health requirements in accordance with OSHA Blood Borne Pathogens (BBP) Law and the OSHA Tuberculosis Compliance Directive.

   D. The Contractor shall comply with appropriate and applicable policies, procedures, and regulations of the Department of Veterans Affairs and the Alaska VA Healthcare System and Regional Office, including but not limited to the medical staff bylaws, rules and regulations on narcotic control and use, infection control, and medical records.

   E. The Contractor shall actively participate in the quality assurance and performance improvement activities applicable to the Surgical Service, and will work cooperatively with the Service to ensure compliance with applicable JCAHO guidelines, CMS regulations, and VA policy requirements.

   F. Service performance will be satisfactory as defined by the VA National Surgery Quality Improvement Program (NSQIP) range for mortality and morbidity for anesthesia services. The VA NSQIP program compares risk adjusted observed morbidity and mortality to expected morbidity and mortality and ranks VA programs on the observed/expected ratios.

G. The Contractor shall assume full responsibility for the protection of its personnel furnishing services under this agreement in accordance with the personnel policies of the Contractor. The Contractor shall provide Workers Compensation benefits, professional liability insurance, health examinations, income tax withholding, and Social Security payments. The parties to this agreement agree that the Contractor, its employees, agents, and subcontractors shall not be considered VA employees for any purpose.

H. The Contractor must establish a recordkeeping system of Contractor hours worked. The payments for any leave including sick leave, holiday, or vacation time are the responsibility of the Contractor.

I. A VA Contracting Officer's Technical Representative (COTR) will designate appropriate VA personnel to monitor Contractor employee work hours and services through one or a combination of the following mechanisms:

1) Departments being served will monitor Contractor employee work hours through time and attendance logs to ensure that services defined in this agreement have be received by VA. The COTR will be responsible for verifying Contractor compliance. Any incidents of Contractor noncompliance as evidenced by the monitoring procedures will be forwarded immediately to the Contracting Officer.
2) Documentation of services performed will be reviewed prior to certifying payment. The COTR will perform periodic spot checks and document with the using service. VA will only pay for services actually performed at VA, and in strict accordance with the schedule of prices/costs as identified by the contract. Contract monitoring and recordkeeping procedures will be sufficient to ensure proper payment and allow audit verification that services were provided.
3) Monthly invoices are generated and forwarded to the VA Austin Automation Center, attention OLCST, via fax to (512) 460-5540. The invoice must include the VA facility identifier code (463) and the purchase order "C" number for payment.
4) The Austin Automation Center will forward an electronic copy of the invoice to the Surgical Service Administrative Officer, who will verify with the COTR that services were performed, and process the invoice for payment as appropriate.
5) The using service, through the COTR, will provide a written statement annually to the Contracting Officer to include a summary of Contractor actions and a statement that all requirements of the contract have been fulfilled per the contract. This summary evaluation will be submitted 60 days prior to expiration of the contract, and prior to election of option year renewals, if applicable.

J. Clinical or other medical records of VA beneficiaries treated by the Contractor are VA records and will remain at VA. Payment will be withheld if medical records are not complete and in compliance with VA policy or directives.

3. SPECIAL REQUIREMENTS:

Personnel assigned by the Contractor to perform the services covered by this agreement shall be licensed in the State of Alaska and meet the professional qualification criteria of the VA. The qualifications of such personnel shall be subject to review by the VA Chief of Staff and their privileges shall be subject to approval by the VA Medical Executive Board (MEB) in accordance with VHA Handbook 1100.19.

## CONTRACT CLAUSES

### 2.1 52.212-4 CONTRACT TERMS AND CONDITIONS--COMMERCIAL ITEMS (OCT 2003)

(a) Inspection/Acceptance. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or re-performance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered; and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) Assignment. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Government-wide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) Changes. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) Definitions. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice.

(1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include-

    (i)     Name and address of the Contractor;
    (ii)    Invoice date and number;

(iii)    Contract number, contract line item number and, if applicable, the order number;

(iv)    Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v)    Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi)    Terms of any discount for prompt payment offered;

(vii)    Name and address of official to whom payment is to be sent;

(viii)    Name, title, and phone number of person to notify in event of defective invoice; and

(ix)    Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x)    Electronic funds transfer (EFT) banking information.

    (A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

    (B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer-- Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer-- Other Than Central Contractor Registration), or applicable agency procedures.

    (C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment. (1) *Items accepted.* Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

    (2) *Prompt payment.* The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

    (3) *Electronic Funds Transfer (EFT).* If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

    (4) *Discount.* In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

    (5) *Overpayments.* If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment. (i) *Payment.* Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this

contract. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and OMB prompt payment regulations at 5 CFR part 1315. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistle blower protections; 49 U.S.C 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order: (1) the schedule of supplies/services; (2) the Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause; (3) the clause at 52.212-5; (4) addenda to this solicitation or contract, including any license agreements for computer software; (5) solicitation provisions if this is a solicitation; (6) other paragraphs of this clause; (7) the Standard Form 1449; (8) other documents, exhibits, and attachments; and (9) the specification.

(End of Clause)

## 2.2 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JAN 2005)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
(1) 52.233-3, Protest After Award (Aug 1996) (31 U.S.C. 3553).
(2) 52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004) (Pub. L. 108-77, 108-78)

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[*Contracting Officer check as appropriate.*]

X (1) 52.203-6, Restrictions on Subcontractor Sales to the Government
(Jul 1995), with Alternate I (Oct 1995) (41 U.S.C. 253g and
10 U.S.C. 2402).
__ (2) 52.219-3, Notice of Total HUBZone Set-Aside (Jan 1999)
(15 U.S.C. 657a).
__ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone
Small Business Concerns (Jan 1999) (if the offeror elects to waive
the preference, it shall so indicate in its offer) (15 U.S.C. 657a).
__ (4)(i) 52.219-5, Very Small Business Set-Aside (June 2003)
(Pub. L. 103-403, section 304, Small Business Reauthorization
and Amendments Act of 1994).
__ (ii) Alternate I (Mar 1999) of 52.219-5.

__ (iii) Alternate II (June 2003) of 52.219-5.
__ (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (June 2003)
       (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-6.
__ (iii) Alternate II (Mar 2004) of 52.219-6.
__ (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside
       (June 2003) (15 U.S.C. 644).
__ (ii) Alternate I (Oct 1995) of 52.219-7.
__ (iii) Alternate II (Mar 2004) of 52.219-7.
X_ (7) 52.219-8, Utilization of Small Business Concerns (May 2004)
       (15 U.S.C. 637(d)(2) and (3)).
__ (8)(i) 52.219-9, Small Business Subcontracting Plan (Jan 2002)
       (15 U.S.C. 637(d)(4).
__ (ii) Alternate I (Oct 2001) of 52.219-9.
__ (iii) Alternate II (Oct 2001) of 52.219-9.
X_ (9) 52.219-14, Limitations on Subcontracting (Dec 1996)
       (15 U.S.C. 637(a)(14)).
__ (10)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small
       Disadvantaged Business Concerns (June 2003) (Pub. L. 103-355,
       section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the
       adjustment it shall so indicate in its offer).
__ (ii) Alternate I (June 2003) of 52.219-23.
__ (11) 52.219-25, Small Disadvantaged Business Participation Program-
       Disadvantaged Status and Reporting (Oct 1999) (Pub. L. 103-355,
       section 7102, and 10 U.S.C. 2323).
__ (12) 52.219-26, Small Disadvantaged Business Participation Program-
       Incentive Subcontracting (Oct 2000) (Pub. L. 103-355, section
       7102, and 10 U.S.C. 2323).
__ (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned
       Small Business Set-Aside (May 2004).
X_ (14) 52.222-3, Convict Labor (June 2003) (E.O. 11755).
__ (15) 52.222-19, Child Labor-Cooperation with Authorities and
       Remedies (June 2004) (E.O. 13126).
X_ (16) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).
X_ (17) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).
__ (18) 52.222-35, Equal Opportunity for Special Disabled Veterans,
       Veterans of the Vietnam Era, and Other Eligible Veterans
       (Dec 2001) (38 U.S.C. 4212).
X_ (19) 52.222-36, Affirmative Action for Workers with Disabilities
       (Jun 1998) (29 U.S.C. 793).
X_ (20) 52.222-37, Employment Reports on Special Disabled Veterans,
       Veterans of the Vietnam Era, and Other Eligible Veterans
       (Dec 2001) (38 U.S.C 4212)
__ (21)(i) 52.223-9, Estimate of Percentage of Recovered Material
       Content for EPA-Designated Products (Aug 2000)
       (42 U.S.C. 6962(c)(3)(A)(ii)).
__ (ii) Alternate I (Aug 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).
__ (22) 52.225-1, Buy American Act-Supplies (June 2003)
       (41 U.S.C. 10a-10d).
__ (23) 52.222-39, Notification of Employee Rights Concerning Payment
       of Union Dues or Fees (Dec 2004) (E.O. 13201)

__ (24)(i) 52.225-3, Buy American Act-World Trade Agreements-Israeli
        Trade Act (Jan 2005) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note,
        19 U.S.C. 2112 note, Pub. L. 108-77, 108-78).
__ (ii) Alternate I (Jan 2004) of 52.225-3.
__ (iii) Alternate II (Jan 2004) of 52.225-3.
__ (25) 52.225-5, Trade Agreements (Jan 2005) (19 U.S.C. 2501, *et seq.*,
        19 U.S.C. 3301 note).
_X_ (26) 52.225-13, Restrictions on Certain Foreign Purchases (Dec 2003)
        (E.o.s, proclamations, and statutes administered by the Office of
        Foreign Assets Control of the Department of the Treasury).
__ (27) 52.225-15, Sanctioned European Union Country End Products
        (Feb 2000) (E.O. 12849).
__ (28) 52.225-16, Sanctioned European Union Country Services
        (Feb 2000) (E.O. 12849).
__ (29) 52.232-29, Terms for Financing of Purchases of Commercial
        Items (Feb 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
__ (30) 52.232-30, Installment Payments for Commercial Items
        (Oct 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).
_X_ (31) 52.232-33, Payment by Electronic Funds Transfer-Central
        Contractor Registration (Oct 2003) (31 U.S.C. 3332).
__ (32) 52.232-34, Payment by Electronic Funds Transfer-Other than
        Central Contractor Registration (May 1999) (31 U.S.C. 3332).
__ (33) 52.232-36, Payment by Third Party (May 1999) (31 U.S.C. 3332).
_X_ (34) 52.239-1, Privacy or Security Safeguards (Aug 1996)
        (5 U.S.C. 552a).
__ (35)(i) 52.247-64, Preference for Privately Owned U.S.-Flag
        Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and
        10 U.S.C. 2631).
__ (ii) Alternate I (Apr 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c),
applicable to commercial services, that the Contracting Officer has indicated as
being incorporated in this contract by reference to implement provisions of law
or Executive orders applicable to acquisitions of commercial items:

[*Contracting Officer check as appropriate.*]

__ (1) 52.222-41, Service Contract Act of 1965, as Amended (May 1989)
        (41 U.S.C. 351, *et seq.*).
__ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires
        (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).
__ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act-
        Price Adjustment (Multiple Year and Option Contracts) (May 1989)
        (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).
__ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act-
        Price Adjustment (Feb 2002) (29 U.S.C. 206 and 41 U.S.C. 351,
        *et seq.*).
__ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to
        Successor Contract Pursuant to Predecessor Contractor Collective
        Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, *et seq.*).

(d) *Comptroller General Examination of Record.* The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

(v) 52.222-39, Notification of Employees Rights Concerning the Payment of Union Dues and Fees
(December 2004) (E.O. 13201)

(vi) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, *et seq.*).

(vii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

## 2.4   52.216-1 TYPE OF CONTRACT  (APR 1984)

The Government contemplates award of a (Firm Fixed Price) contract resulting from this solicitation.

(End of Provision)

## 2.5   52.217-8 OPTION TO EXTEND SERVICES  (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 30 Calendar Days.

(End of Clause)

## 2.6   52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within 30 Calendar Days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 60 Calendar days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 5 years and 6 months.

(End of Clause)

## 2.7   52.224-1 PRIVACY ACT NOTIFICATION (APR 1984)

The Contractor will be required to design, develop, or operate a system of records on individuals, to accomplish an agency function subject to the Privacy Act of 1974, Public Law 93-579, December 31, 1974 (5 U.S.C. 552a) and applicable agency regulations. Violation of the Act may involve the imposition of criminal penalties.

(End of clause)

**2.8    52.224-2 PRIVACY ACT (APR 1984)**

(a) The Contractor agrees to--

(1) Comply with the Privacy Act of 1974 (the Act) and the agency rules and regulations issued under the Act in the design, development, or operation of any system of records on individuals to accomplish an agency function when the contract specifically identifies--

(i) The systems of records; and

(ii) The design, development, or operation work that the contractor is to perform;

(2) Include the Privacy Act notification contained in this contract in every solicitation and resulting subcontract and in every subcontract awarded without a solicitation, when the work statement in the proposed subcontract requires the design, development, or operation of a system of records on individuals that is subject to the Act; and

(3) Include this clause, including this subparagraph (3), in all subcontracts awarded under this contract which requires the design, development, or operation of such a system of records.

(b) In the event of violations of the Act, a civil action may be brought against the agency involved when the violation concerns the design, development, or operation of a system of records on individuals to accomplish an agency function, and criminal penalties may be imposed upon the officers or employees of the agency when the violation concerns the operation of a system of records on individuals to accomplish an agency function. For purposes of the Act, when the contract is for the operation of a system of records on individuals to accomplish an agency function, the Contractor and any employee of the Contractor is considered to be an employee of the agency.

(c) (1) "Operation of a system of records," as used in this clause, means performance of any of the activities associated with maintaining the system of records, including the collection, use, and dissemination of records.

(2) "Record," as used in this clause, means any item, collection, or grouping of information about an individual that is maintained by an agency, including, but not limited to, education, financial transactions, medical history, and criminal or employment history and that contains the person's name, or the identifying number, symbol, or other identifying particular assigned to the individual, such as a fingerprint or voiceprint or a photograph.

(3) "System of records on individuals," as used in this clause, means a group of any records under the control of any agency from which information is retrieved by the name of the individual or by some identifying number, symbol, or other identifying particular assigned to the individual.

(End of Clause)

## 2.9  52.232-18 AVAILABILITY OF FUNDS.  (APR 1984)

Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer.

(End of clause)

## 2.10  52.232-19  AVAILABILITY OF FUNDS FOR THE NEXT FISCAL YEAR  (APR 1984)

Funds are not presently available for performance under this contract beyond September 30. The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond September 30, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

(End of Clause)

## 2.11    VAAR 852.216-70(B)  ESTIMATED QUANTITIES (APR 1984)

As it is impossible to determine the exact quantities that will be required during the contract term, each bidder whose bid is accepted wholly or in part will be required to deliver all articles or services that may be ordered during the contract term, except as he/she otherwise indicates in his/her bid and except as otherwise provided herein. Bids will be considered if made with the proviso that the total quantities delivered shall not exceed a certain specified quantity. Bids offering less than 75 percent of the estimated requirement or which provide that the Government shall guarantee any definite quantity, will not be considered. The fact that quantities are estimated shall not relieve the contractor from filling all orders placed under this contract to the extent of his/her obligation. Also, the Department of Veterans Affairs shall not be relieved of its obligation to order from the contractor all articles or services that may, in the judgment of the ordering officer, be needed except that in the public exigency procurement may be made without regard to this contract.

(End of Clause)

## 2.12  VAAR 852.237-7  INDEMNIFICATION AND MEDICAL LIABILITY INSURANCE (OCT 1996)

(a) It is expressly agreed and understood that this is a nonpersonal services contract, as defined in Federal Acquisition Regulation (FAR) 37.101, under which the professional services rendered by the Contractor or its health-care providers are rendered in its capacity as an independent contractor. The Government may evaluate the quality of professional and administrative services provided but retains no control over professional aspects of the services rendered, including by example, the Contractor's or its health-care providers' professional medical judgment, diagnosis, or specific medical treatments. The Contractor and its health-care providers shall be liable for their liability-producing acts or omissions. The Contractor shall maintain or require all health-care providers performing under this contract to maintain, during the term of this contract,

### 2.14    VAAR 852.270-1 REPRESENTATIVES OF CONTRACTING OFFICERS (APR 1984)

The contracting officer reserves the right to designate representatives to act for him/her in furnishing technical guidance and advice or generally supervise the work to be performed under this contract. Such designation will be in writing and will define the scope and limitations of the designee's authority. A copy of the designation shall be furnished the contractor.

(End of Provision)

### 2.15    VAAR 852.270-4 COMMERCIAL ADVERTISING (NOV 1984)

The bidder or offeror agrees that if a contract is awarded to him/her, as a result of this solicitation, he/she will not advertise the award of the contract in his/her commercial advertising in such a manner as to state or imply that the Department of Veterans Affairs endorses a product, project or commercial line of endeavor.

(End of Clause)

### 2.16   VAAR 852.271-70 NONDISCRIMINATION IN SERVICES PROVIDED BENEFICIARIES (APR 1984)

The contractor agrees to provide all services specified in this contract for any person determined eligible by the Chief Medical Director, or designee, regardless of the race, color, religion, sex, or national origin of the person for whom such services are ordered. The contractor further warrants that he/she will not resort to subcontracting as a means of circumventing this provision.

(End of Clause)

## SOLICITATION PROVISIONS

### 3.1   52.212-1 INSTRUCTIONS TO OFFERORS--COMMERCIAL ITEMS (JAN 2005)

(a) *North American Industry Classification System (NAICS) code and small business size standard.* The NAICS code and small business size standard for this acquisition appear in Block 10 of the solicitation cover sheet (SF 1449). However, the small business size standard for a concern which submits an offer in its own name, but which proposes to furnish an item which it did not itself manufacture, is 500 employees.

(b) *Submission of offers.* Submit signed and dated offers to the office specified in this solicitation at or before the exact time specified in this solicitation. Offers may be submitted on the SF 1449, letterhead stationery, or as otherwise specified in the solicitation. At minimum, offers must show-
    (1) The solicitation number;
    (2) The time specified in the solicitation for receipt of offers;
    (3) The name, address, and telephone number of the offeror;
    (4) A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary;
    (5) Terms of any express warranty;
    (6) Price and any discount terms;
    (7) "Remit to" address, if different than mailing address;
    (8) A completed copy of the representations and certifications at FAR 52.212-3; (see FAR 52.212-3(j) for those representations and certifications that the offeror shall complete electronically);
    (9) Acknowledgment of Solicitation Amendments;
    (10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items and other references (including contract numbers, points of contact with telephone numbers and other relevant information); and
    (11) If the offer is not submitted on the SF 1449, include a statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or information, or reject the terms and conditions of the solicitation may be excluded from consideration.

(c) *Period for acceptance of offers.* The offeror agrees to hold the prices in its offer firm for 30 calendar days from the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

(d) *Product samples.* When required by the solicitation, product samples shall be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no expense to the Government, and returned at the sender's request and expense, unless they are destroyed during preaward testing.

(e) *Multiple offers.* Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or commercial items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

(f) *Late submissions, modifications, revisions, and withdrawals of offers.*
    (1) Offerors are responsible for submitting offers, and any modifications, revisions, or withdrawals, so as to reach the Government office designated in the solicitation by the time

specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that offers or revisions are due.

(2)(i) Any offer, modification, revision, or withdrawal of an offer received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and-

(A) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of offers; or

(B) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(C) If this solicitation is a request for proposals, it was the only proposal received.

(ii) However, a late modification of an otherwise successful offer, that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

(3) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(4) If an emergency or unanticipated event interrupts normal Government processes so that offers cannot be received at the Government office designated for receipt of offers by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation or other notice of an extension of the closing date, the time specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(5) Offers may be withdrawn by written notice received at any time before the exact time set for receipt of offers. Oral offers in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile offers, offers may be withdrawn via facsimile received at any time before the exact time set for receipt of offers, subject to the conditions specified in the solicitation concerning facsimile offers. An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

(g) *Contract award (not applicable to Invitation for Bids)*. The Government intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint. However, the Government reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Government may reject any or all offers if such action is in the public interest; accept other than the lowest offer; and waive informalities and minor irregularities in offers received.

(h) *Multiple awards*. The Government may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

(i) *Availability of requirements documents cited in the solicitation.*
      (1)      (i) The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to-

> GSA Federal Supply Service Specifications Section
> Suite 8100
> 470 East L'Enfant Plaza, SW
> Washington, DC 20407
> Telephone (202) 619-8925
> Facsimile (202) 619-8978.

      (ii) If the General Services Administration, Department of Agriculture, or Department of Veterans Affairs issued this solicitation, a single copy of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained free of charge by submitting a request to the addressee in paragraph (i)(1)(i) of this provision. Additional copies will be issued for a fee.
      (2) The DoD Index of Specifications and Standards (DoDISS) and documents listed in it may be obtained from the-

> Department of Defense Single Stock Point (DoDSSP)
> Building 4, Section D
> 700 Robbins Avenue
> Philadelphia, PA 19111-5094
> Telephone (215) 697-2667/2179
> Facsimile (215) 697-1462.

      (i) Automatic distribution may be obtained on a subscription basis.
      (ii) Order forms, pricing information, and customer support information may be obtained-
            (A) By telephone at (215) 697-2667/2179; or
            (B) Through the DoDSSP Internet site at http://assist.daps.mil.
      (3) Nongovernment (voluntary) standards must be obtained from the organization responsible for their preparation, publication, or maintenance.

(j) *Data Universal Numbering System (DUNS) Number.* (Applies to all offers exceeding $25,000, and offers of $25,000 or less if the solicitation requires the Contractor to be registered in the Central Contractor Registration (CCR) database. The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS+4" followed by the DUNS or DUNS+4 number that identifies the offeror's name and address. The DUNS+4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see FAR Subpart 31.11) for the same parent concern. If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. An offeror within the United States may contact Dun and Bradstreet by calling 1-866-705-5711 or via the internet at *http://www.dnb.com.* An offeror located outside the United States must contact the local Dun and Bradstreet office for a DUNS number.

(k) *Central Contractor Registration.* Unless exempted by an addendum to this solicitation, by submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance, and through final payment

of any contract resulting from this solicitation. If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror. Offerors may obtain information on registration and annual confirmation requirements via the internet at *http://vww.ccr.gov* or by calling 1-888-227-2423 or 269-961-5757.

(l) *Debriefing.* If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(1) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.

(2) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.

(3) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.

(4) A summary of the rationale for award;

(5) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

(6) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

**ADDENDUM TO FAR 52.212-1:**

### 3.2    52.233-2 SERVICE OF PROTEST  (AUG 1996)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from:

Sandra S. Magers,  Contracting Officer

Hand-Carried Address:

Alaska VA Healthcare System & R.0.
A&MMS Service (90) Room 2200
2925 DeBarr Road
Anchorage AK  99508

Mailing Address:
Alaska VA Healthcare System & R.0.
A&MMS Service (90) Room 2200
2925 DeBarr Road
Anchorage AK  99508

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO

(End of Provision)

### 3.3    VAAR 852.233-70 PROTEST CONTENT (JAN 1998)

(a) Any protest filed by an interested party shall:

(1) Include the name, address, fax number, and telephone number of the protester;

(2) Identify the solicitation and/or contract number;

(3) Include an original signed by the protester or the protester's representative, and at least one copy;

(4) Set forth a detailed statement of the legal and factual grounds of the protest, including a description of resulting prejudice to the protester, and provide copies of relevant documents;

(5) Specifically request a ruling of the individual upon whom the protest is served;

(6) State the form of relief requested;  and

(7) Provide all information establishing the timeliness of the protest.

(b) Failure to comply with the above may result in dismissal of the protest without further consideration.

(End of Provision)

### 3.4    VAAR 852.233-71  ALTERNATE PROTEST PROCEDURE (JAN 1998)

As an alternative to filing a protest with the contracting officer, an interested party may file a protest with the Deputy Assistant Secretary for Acquisition and Materiel Management, Acquisition Administration Team, Department of Veterans Affairs, 810 Vermont Avenue, NW, Washington, DC, 20420, or, for solicitations issued by the Office of Facilities Management, the Chief Facilities Management Officer, Office of Facilities Management, 810 Vermont Avenue, NW, Washington, DC 20420.  The protest will not be considered if the interested party has a protest on the same or similar issues pending with the contracting officer.

(End of Provision)

### 3.5    52.212-2  EVALUATION--COMMERCIAL ITEMS (JAN 1999)

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

Technical Approach
Organization, Personnel and Facilities
Past Performance
Price

**TECHNICAL APPROACH, ORGANIZATION-PERSONNEL-FACILITIES, PAST PERFORMANCE, WHEN COMBINED, ARE MORE IMPORTANT THAN PRICE.**

(b) Options. The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

(End of Provision)

## _ADDENDUM TO FAR 52.212-2

### 1.    ADDITIONAL INSTRUCTIONS, CONDITIONS AND NOTICES TO OFFEROR

QUALIFICATIONS: Offers will be considered only from offerors who are regularly established in the business called for and who in the judgment of the Contracting Officer are financially responsible and able to show evidence of their reliability, ability, experience, equipment, facilities and personnel directly employed or supervised by them to render prompt and satisfactory service, in the volume required for all item sunder this contract.

PRE-AWARD VISIT: The Chief of Staff, or authorized designee, may conduct a pre-award visit to the selected contractor to determine the ability of the Contractor to comply with the contract provisions. Subsequent visits will be made to assess compliance as necessary.

RESPONSIBILITY OF OFFERORS: Responsibility determination may be made in accordance with FAR 9.1, Responsible Prospective Contractors.

GENERAL INSTRUCTIONS FOR PROPOSAL SUBMISSION:

### A.  TRANSMITTAL OF OFFERS:

**(1)  No PRICE information shall be included in the technical proposal.** The price proposal shall contain all information relative to cost and pricing.  Price information is to be submitted under separate cover.

(2) All transmittal envelopes shall be clearly marked with Anesthesia Services- RFP 463-0068-05.

(3) All completed and signed proposals shall be delivered to the Alaska VA Healthcare System and Regional Office (AVAHSRO), A&MM Service, 2925 DeBarr Rd., Anchorage, AK 99508, Attn: Contracting (90C).

**NOTE:** Proposals are due by February 24, 2005.

B. **TECHNICAL PROPOSAL:**

Purpose: The technical proposal will primarily determine the qualifications and capability of the offeror to participate in this contract. It should be specific and complete in every detail. The proposal should be concise and provide information to demonstrate the offerors capacity to satisfactorily perform the tasks outlined in the RFP. **NO PRICE INFORMATION SHALL BE INCLUDED ON THE TECHNICAL PROPOSAL (SUBMIT ALL PRICE INFORMATION UNDER SEPARATE COVER).** The merits of each proposal will be carefully evaluated in terms of the requirements and in relation to the criteria established. The evaluation will take into consideration the technical and administrative capabilities of the offerors in relation to the needs of AVAHSRO.

C. **SUBMITTAL OF PROPOSALS:**

Proposals submitted in response to this Request for Proposal (RFP) will be evaluated in accordance with the following factors:

1. **TECHNICAL APPROACH:**

    a.          Offerors shall describe how they plan to accomplish the services as described in the RFP.

    b.          Their thoroughness and completeness in addressing the work as well as completion of progress notes.

    c.          Shall describe how they plan to meet the deadlines established, their understanding of the work to be performed both at peak and low volumes.

    d.          Quality control plans: Also describe your backup system to assure staff is provided for all clinics and/or procedures.

    e.          Any other information which would demonstrate clearly the offeror's understanding of the work to be performed under this contract, what is needed to accomplish the work and their ability to do the work.

    f.          The offerors will be evaluated on their understanding of the services described.

2. **ORGANIZATION, PERSONNEL AND FACILITIES:** Offerors shall describe:

    a. Qualifications required by your firm for employees performing the work stated in the proposed contract

    b. Training program established for employees working with patients

    c.  Resumes will be provided for key personnel in sufficient detail to allow determinations as to the pertinence of prior experience to the work described in the RFP. Key personnel are defined as:

        Qualifications of staff that will perform the actual work.

    d.  Facilities to be used to carry out the work.

    e.  Organizational structure and management practices;

### 3.  PAST PERFORMANCE:

Offerors shall submit the following information as part of their proposal for both the offeror and proposed major contractors:

A. A list of the last three contracts and subcontracts completed during the past three years including all contracts and subcontracts currently in progress. Contracts listed may include those entered in to by the Federal Government, agencies of state and local governments and commercial customers. Offerors that are newly formed entities without prior contracts should list contracts and subcontracts as required above for all key personnel. Include the following information for each contract and subcontract: Name of contracting activity, Contract number, Contract type, Total contract value, Contract work, Contracting Officer and telephone number, Program manager and telephone, Administrative contracting officer and phone number.

B. **The offeror may provide information on problems encountered on the contracts and subcontracts identified in A above and corrective actions taken to resolve those problems. Offerors should not provide general information on their performance on the identified contracts. General performance information will be obtained from the references.**

C **Each offeror will be evaluated on his/her performance under existing and prior contracts for similar products or services. Performance information will be used both for responsibility determination and as an evaluation factor against which offeror's relative rankings will be compared to assure best value to Government. The Government will focus on information that demonstrates quality of performance relative to the size and complexity of the procurement under consideration. References other than those identified by the offeror may be contacted by the Government with the information received used in the evaluation of the offeror's past performance.**

    4.    **CERTIFICATIONS**. Each offeror must submit a letter in duplicate certifying his/her compliance with the Standards established by the American Association of Anesthesiologists or other nationally recognized organization approved by the VA and all Federal, State and City codes, as applicable, regarding operations of this type of service.

    5.    **OFFERORS ARE NOTIFIED** that failure to provide any of the above information may result in an offer being considered nonresponsive.

3.6    52.212-3  OFFEROR REPRESENTATIONS AND CERTIFICATIONS--
       COMMERCIAL ITEMS (JAN 2005)

(a) Definitions.  As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

"Forced or indentured child labor" means all work or service--

    (1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

    (2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

" Service-disabled veteran-owned small business concern"--

    (1) Means a small business concern--

        (i) Not less than 51 percent of which is owned by one or more service--disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

        (ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

    (2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as  defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.

"Veteran-owned small business concern" means a small business concern--

    (1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

    (2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women: and whose management and daily business operations are controlled by one or more women.

"Women-owned small business concern" means a small business concern--

(1) Which is at least 51 percent owned by one or more women or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) Taxpayer Identification Number (TIN).

[ ] TIN: *51762 1243* .

[ ] TIN has been applied for.

[ ] TIN is not required because:

[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

[ ] Offeror is an agency or instrumentality of a foreign government;

[ ] Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization.

[X] Sole proprietorship;

[ ] Partnership;

[ ] Corporate entity (not tax-exempt);

[ ] Corporate entity (tax-exempt);

[ ] Government entity (Federal, State, or local);

VA 003027

[ ] Foreign government;

[ ] International organization per 26 CFR 1.6049-4;

[ ] Other _____.

    (5) Common parent.

[ ] Offeror is not owned or controlled by a common parent;

[ ] Name and TIN of common parent:

Name _____.
TIN _____.

(c) Offerors must complete the following representations when the resulting contract is to be performed inside the United States, its territories or possessions, Puerto Rico, the Trust Territory of the Pacific Islands, or the District of Columbia. Check all that apply.

    (1) Small business concern. The offeror represents as part of its offer that it [X] is, [ ] is not a small business concern.

    (2) Veteran-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it [X] is, [ ] is not a veteran-owned small business concern.

    (3) Service-disabled veteran-owned small business concern. [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.] The offeror represents as part of its offer that it [ ] is, [X] is not a service-disabled veteran-owned small business concern.

    (4) Small disadvantaged business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, for general statistical purposes, that it [ ] is, [ ] is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

    (5) Women-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [X] is, [ ] is not a women- owned small business concern.

Note: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

    (6) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [ ] is a women-owned business concern.

(7) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

_____

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. [Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.]

(i) [Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the four designated industry groups (DIGs).] The offeror represents as part of its offer that it [ ] is, [ ] is not an emerging small business.

(ii) [Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or four designated industry groups (DIGs).] Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(Check one of the following):

| Number of Employees | Average Annual Gross Revenues |
|---|---|
| ✓ 50 or fewer | __ $1 million or less |
| __ 51--100 | __ $1,000,001--$2 million |
| __ 101--250 | __ $2,000,001--$3.5 million |
| __ 251--500 | __ $3,500,001--$5 million |
| __ 501--750 | __ $5,000,001--$10 million |
| __ 751--1,000 | __ $10,000,001--$17 million |
| __ Over 1,000 | __ Over $17 million |

(9) [Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns, or FAR 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.]

(i) General. The offeror represents that either--

(A) It [ ] is, [ ] is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control

has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It [ ] has, [ ] has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) [ ] Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: _____.]

(10) HUBZone small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that--

(i) It [ ] is, [ ] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal place of ownership, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(9)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: _____.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation

(d) Representations required to implement provisions of Executive Order 11246--

(1) Previous contracts and compliance. The offeror represents that --

(i) It [ ] has, [X] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

(ii) It [ ] has, [X] has not filed all required compliance reports.

(2) Affirmative Action Compliance. The offeror represents that--

(i) It [ ] has developed and has on file, [X] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or

(ii) It [✓] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) Buy American Act Certificate. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act--Supplies, is included in this solicitation.)

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act-Supplies."

(2) Foreign End Products:

| Line Item No | Country of Origin |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

[List as necessary]

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) Buy American Act--Free Trade Agreement--Israeli Trade Act Certificate. (Applies only if the clause at FAR 52.225-3, Buy American Act--Free Trade Agreement--Israeli Trade Act-, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreements--Israeli Trade Act."

(ii) The offeror certifies that the following supplies are end products of Australia, Canada, Chile, Mexico, or Singapore or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreement--Israeli Trade Act":

End Products of Australia, Canada, Chile, Mexico, or Singapore or Israeli End Products:

Line Item No          Country of Origin

_____       _____
_____       _____
_____       _____

[List as necessary]

         (iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreement--Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

Other Foreign End Products:

Line Item No          Country of Origin

_____       _____
_____       _____
_____       _____

[List as necessary]

         (iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

    (2) Buy American Act--Free Trade Agreements, Alternate I (JAN 2004). If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreement--Israeli Trade Act":

Canadian End Products:

Line Item No.

_____
_____
_____

(List as necessary)

    (3) Buy American Act--Free Trade Agreements--Israeli Trade Act Certificate, Alternate II (JAN 2004). If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act--Free Trade Agreement--Israeli Trade Act":

Canadian or Israeli End Products:

| Line Item No | Country of Origin |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

[List as necessary]

(4) Trade Agreements Certificate. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made, or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made, or designated country end products.

Other End Products:

| Line Item No | Country of Origin |
|---|---|
| _____ | _____ |
| _____ | _____ |

[List as necessary]

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made, or designated country end products without regard to the restrictions of the Buy American Act. The Government will consider for award only offers of U.S.-made, or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549). (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals--

(1) [ ] Are, [✔] are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2) [ ] Have, [✔] have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: Commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or Commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(3) [ ] Are, [✔] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

(i) *Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126).* [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).] (1) Listed end products.

Listed End Product          Country of Origin

_____          _____
_____          _____
_____          _____
[List as necessary]

    (2) *Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]* [ ] (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. [ ] (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(End of provision)