KAREN L. LOEFFLER
United States Attorney

E. BRYAN WILSON
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
Bryan.Wilson@usdoj.gov
FL Bar No. 604501

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HARRY CURTIS LUSK, | ) | Case No. 3:10-cv-00204-RRB |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION FOR DISMISSAL** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

The parties, through counsel, notify the Court that this case has settled, settlement funds have been paid, and that they stipulate to a dismissal with prejudice, each party to bear their own attorney fees and costs.

RESPECTFULLY SUBMITTED on September 16, 2014, at Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/ E. Bryan Wilson
Assistant U.S. Attorney
Attorney for the United States

DILLON & FINDLEY, PC

s/ Ray Brown (consent)
Ray Brown
1049 W. 5th Avenue, Suite 100
Anchorage, AK 99501
Phone: (907) 277-5400
Fax: (907) 277-9896
Email: meg@dillonfindley.com

**CERTIFICATE OF SERVICE**
I hereby certify that on September 16, 2014, a copy of
the foregoing was served electronically on:

Ray Brown

s/ E. Bryan Wilson

*Lusk v. United States*     -2-
Case No. 3:10-cv-00204-RRB